IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                       Case No. 4:18-cr-00053-08 KGB

DENNIS RAMON CAMP                                                                              DEFENDANT

## ORDER

Defendant Dennis Ramon Camp has filed a *pro se* motion for early termination of supervised release (Dkt. No. 528). The government has responded in opposition (Dkt. No. 531).

Mr. Camp plead guilty to a charge of conspiracy to possess with intent to distribute cocaine in violation of 18 U.S.C. § 371 (Dkt. Nos. 313-315). On December 9, 2019, the Court sentenced Mr. Camp to 37 months imprisonment, two years supervised release, and a $100 special assessment (Dkt. Nos. 371-373). Mr. Camp started his supervision on May 23, 2020.

In support of his motion, Mr. Camp claims that, to date, he has complied with all conditions of supervised release, paid all of his fees, never failed any drug screens, and been working steadily since his release (Dkt. No. 528). He hopes to enroll in truck driving school and is currently waiting to enroll (*Id.*). In response, the government argues that Mr. Camp has not set forth any new or exceptional circumstances to justify early termination of supervised release (Dkt. No. 531, at 2). Further, the government contends that the United States Probation Office has examined Mr. Camp's case and found that he does not meet that office's standard for recommendation of early termination (*Id.*, at 1). Mr. Camp has a lengthy criminal history to include another prior federal drug conviction and is a career offender (*Id.*, at 2).

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and the appropriate

factors, the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice. As he has served more than one year of supervised release, Mr. Camp is eligible for early termination of the remainder of his supervised release under 18 U.S.C. § 3583(e). The Court acknowledges that Mr. Camp has complied with his conditions of supervised release. However, Mr. Camp does not provide any reason why early termination of his supervised release would serve the interests of justice.

Mere compliance with the terms of supervised release does not justify early termination because compliance is expected. Without more, and based on the facts of this particular case, early termination at this point cannot be justified. While Mr. Camp has made progress on completing the terms of his sentence, he has not made substantial progress such that the interests of justice support early termination at this point. Therefore, this Court denies without prejudice Mr. Camp's motion for early termination of supervised release (Dkt. No. 528).

It is so ordered this 7th day of January, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge